No. 00–6554.  RYAN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–7323.  GALVAN-ZAPATA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7676.  CAMPA-FABELA *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–7798.  BATTEN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–7872.  TORRES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7959.  LINDSEY *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 00–8328.  NELLER *v.* UNITED STATES; and
No. 00–8330.  PEREZ *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 229 F. 3d 1154.

No. 00–8532.  PALMIERI *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–8678.  MUNSON *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 00–8683.  LaCOSS *v.* CROWLEY ET AL. (two judgments).  C. A. 6th Cir.  Certiorari denied.

No. 00–8696.  TORREZ *v.* DICKINSON.  C. A. 10th Cir.  Certiorari denied.

No. 00–8698.  WHITE *v.* GUNN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–8703.  JACKSON *v.* HOPKINS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–8704.  LOPER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–8705.  WILLIAMS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.